UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-06418-SK                                                  Date:  February 10, 2021

Title        Jose Estrada v. Fallas Borrower IV, LLC, et al.

Present: The Honorable:  Steve Kim, United States Magistrate Judge

| Erica Valencia | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings: (IN CHAMBERS) Order to Show Cause**

Counsel for the parties are ordered to show cause why both sides should not be sanctioned for failure to comply with the Court's January 28, 2021 scheduling order.  Simultaneous written responses are due by Noon on Friday February 12, 2021.  The parties may discharge this order by filing either a stipulation and proposed order dismissing the case with prejudice in accordance with their settlement agreement or a stipulation and proposed scheduling order setting the case for trial if settlement has not been reached.