CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Michael B. Adreani (State Bar No. 194991)
mba@rpnalaw.com
Daron Barsamian (State Bar No. 231016)
dab@rpnalaw.com
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
5820 Canoga Avenue, Suite 250
Woodland Hills, California 91367
Telephone: (818) 992-9999
Facsimile: (818) 992-9991
Attorneys for Defendants
Fallas Borrower IV, LLC and Pegasus Trucking, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESTRADA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FALLAS BORROWER IV, LLC, a Delaware Limited Liability Company; PEGASUS TRUCKING, LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:20-cv-06418-SK<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

1   Dated: February 15,2021          CENTER FOR DISABILITY ACCESS

2

3                                    By:      /s/ Amanda Seabock
                                             Amanda Seabock
4                                            Attorneys for Plaintiff

5

6   Dated: February 15,2021          ROXBOROUGH, POMERANCE, NYE &
                                     ADREANI, LLP
7

8

9

10                                   By:      /s/ Daron Barsamian
                                             Michael B. Adreani
11                                           Daron Barsamian
                                             Attorneys for Defendants
12                                           Fallas Borrower IV, LLC and
                                             Pegasus Trucking, LLC
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

**SIGNATURE CERTIFICATION**

3

I hereby certify that the content of this document is acceptable to Daron Barsamian,

4

counsel for Fallas Borrower IV, LLC and Pegasus Trucking, LLC, and that I have

5

obtained authorization to affix his electronic signature to this document.

6

7

Dated: February 15,2021            CENTER FOR DISABILITY ACCESS

8

9

By:     /s/ Amanda Seabock

10

Amanda Seabock
Attorneys for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28